JALIZ HOLDING CORP., Respondent, *v.* MELVIN McGILL et al., Appellants, and ADVANCE FUNDING CORPORATION, Respondent.

Submitted January 18, 1954; decided March 4, 1954.

*A. M. Brownstein* for motion.

*Joseph S. Rodell* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within twenty days appellants serve and file all required papers and pay $10 costs, in which events motion denied, and case set down for argument during the April, 1954, session of the Court of Appeals.